MERRITT *v.* THE STATE. CLARK *v.* THE STATE.

COBB, J. There was no error of law complained of. The evidence authorized the judgment of guilty, and the discretion of the judge in refusing to grant a new trial will not be controlled.

*Judgments affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 17, — Decided May 10, 1905.

Accusations of gaming. Before Judge Hammond. City court of Griffin. March 1, 1905.